Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67784.—R. W. Smith *v.* United States, protests 60/27861 and 62/5620 (Galveston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67785.—Maher & Company *v.* United States, protest 61/11263–16269 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67786.—Maher & Company *v.* United States, protest 61/11264–16278 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67787.—Maher & Company *v.* United States, protest 61/18054–16386 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved